IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00006-WYD

UNTIED STATES OF AMERICA,

    Plaintiff,

v.

1. RUSSELL WILLIAM PETRIE,

    Defendant.

## ORDER OF DISMISSAL

The Court having considered the motion by the United States of America to dismiss Count 2 of the Indictment pursuant to the parties' plea agreement and Fed. R. Crim. P. 48(a), it is hereby

ORDERED that Government's Motion to Dismiss Count 2 of the Indictment, filed May 7, 2008, is **GRANTED.**

So ORDERED, this 9th day of May, 2008.

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL
                                      UNITED STATES DISTRICT JUDGE